1018

**Thomas L. SIEBENTHALER, Appellant, v. AIRCRAFT ACCESSORIES CORPORATION.**

No. 12057.

Circuit Court of Appeals, Eighth Circuit.

June 23, 1941.

Roy W. Crimm and Glenn Thomas, both of Kansas City, Mo., for appellant.

Paul S. Kelly, of Kansas City, Mo., and Nathan Newby, Jr., of Los Angeles, Cal., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant because appeal out of time, on motion of appellee.

**PARTOP SINGH, Appellant, v. Edward L. HAFF, District Director of Immigration and Naturalization for the Port of San Francisco, Appellee.**

No. 9866.

Circuit Court of Appeals, Ninth Circuit.

July 28, 1941.

Marshall B. Woodworth and Joseph P. Fallon, both of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and William E. Licking, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a decree be filed and entered accordingly, and mandate of this court issue forthwith.

**Paul SCHMITT, Appellant, v. UNITED STATES of America.**

No. 12037.

Circuit Court of Appeals, Eighth Circuit.

June 9, 1941.

R. P. Roedell and Richard Roedell, both of Dubuque, Iowa, for appellant.

Tobias E. Diamond, U. S. Atty., of Sheldon, Iowa, and Leo F. Tierney, Sp. Asst. to Atty. Gen., for appellee.

PER CURIAM.

Appeal from United States District Court dismissed on motion of appellant and consent of appellee, without costs to either party in this court. Defendant ordered to surrender to custody, etc.

**STOCKFLETH CHEVROLET, Inc., Appellant, v. The B. F. GOODRICH COMPANY, a Corporation.**

No. 11863.

Circuit Court of Appeals, Eighth Circuit.

June 18, 1941.

James G. Mothersead and Roscoe T. York, both of Scottsbluff, Neb., for appellant.

Thomas F. Neighbors and Lester A. Danielson, both of Scottsbluff, Neb., for appellee.

PER CURIAM.

Opinion of court withdrawn and judgment of April 26, 1941, vacated, set aside and held for naught. Judgment of District Court reversed, and cause remanded on authority of opinion of the Supreme Court of the United States, in Shamrock Oil & Gas Corporation v. Sheets, 61 S.Ct. 868, 85 L.Ed. ——.